USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/28/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO, ET AL.,**

      **Petitioners,**

-against-

**TIGER CONTRACTING CORP., ET AL.,**

      **Respondents.**

1:20-cv-10101 (ALC)

**Order**

---

**ANDREW L. CARTER, JR., United States District Judge:**

  On December 2, 2020, Petitioners filed a Petition to Confirm Arbitration. ECF No. 1. On December 4, 2020, Petitioners filed an Amended Petition. ECF No. 7. Petitioners served Respondent The Urban Group, Inc. through the New York Secretary of State pursuant to N.Y. Bus. Corp. Law § 306 on December 9, 2020. ECF No. 10. On January 20, 2021, Petitioners filed a motion for summary judgment along with supporting documents. ECF Nos. 11-14. Petitioners served the motion on Respondent The Urban Group, Inc. via mail on the same day. ECF No. 15.

  Accordingly, the Court hereby ORDERS the parties to brief the motion for summary judgment in accordance with the following schedule:

- Opposition brief: February 11, 2021
- Reply brief: February 18, 2021

Petitioners are hereby ORDERED to serve this Order on Respondent The Urban Group, Inc. and file proof of service by no later than February 3, 2021.

**SO ORDERED.**

**Dated: January 28, 2021**
   New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**